UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tokio Marine Insurance Company (Cargo) a/s/o
Yusen Logistics (Americas), Inc.,

                          Plaintiff,

          -against-

Vanguard Logistics Services (USA), INC., and
Vanguard Logistics Services (Hong Kong) Limited,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/9/2026_____

25 Civ. 1629 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated December 10, 2025, the Court ordered the parties to file an update as to the status of their settlement negotiations by January 8, 2026.  *See* ECF No. 25.  That submission is now overdue.  Accordingly, by **January 15, 2026**, the parties shall file a joint status update regarding the settlement negotiations discussed in the parties' joint letter at ECF No. 24.

          SO ORDERED.

Dated: January 9, 2026
          New York, New York

_____
          ANALISA TORRES
          United States District Judge