UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tokio Marine Insurance Company (Cargo) a/s/o
Yusen Logistics (Americas), Inc.,

                            Plaintiff,

        -against-

Vanguard Logistics Services (USA), INC., and
Vanguard Logistics Services (Hong Kong) Limited,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2026_____

25 Civ. 1629 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint status report dated March 2, 2026.  *See* ECF No. 33. No further status reports are necessary at this time.  The parties are reminded that fact discovery is scheduled to close on June 15, 2026.  *See* ECF No. 27.  If the parties wish for the Court to refer them to the District's mediation program or to a magistrate judge to engage in settlement discussions at any time prior to or after the close of fact discovery, *see* ECF No. 20 ¶ 10(b), the parties shall inform the Court as such.

        SO ORDERED.

Dated:  March 3, 2026
        New York, New York

_____
        ANALISA TORRES
        United States District Judge