USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tokio Marine Insurance Company (Cargo) a/s/o Yusen Logistics (Americas), Inc.,

Plaintiff,

-against-

Vanguard Logistics Services (USA), INC., and Vanguard Logistics Services (Hong Kong) Limited,

Defendants.

25 Civ. 1629 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Discovery closed on June 15, 2026. *See* ECF Nos. 27, 38. By letter dated July 8, 2026, the parties report that they are discussing settlement and are "optimistic this matter can be resolved without further assistance of the Court." *See* ECF No. 39. Accordingly, the case management conference currently scheduled for July 13, 2026, is ADJOURNED *sine die*. The deadline for parties to submit pre-motion letters regarding summary judgment is likewise ADJOURNED *sine die*. *See* ECF No. 20 ¶ 8. By **July 29, 2026**, the parties shall provide a status update concerning the progress of settlement discussions.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 39.

SO ORDERED.

Dated: July 8, 2026
New York, New York

ANALISA TORRES
United States District Judge